■ PEOPLE v MICHAEL GREEN, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before May 27, 1991. Memorandum: By not giving defendant notice in writing as required by 22 NYCRR 1022.11 (a) or inquiring whether

defendant wished to appeal, defense counsel was guilty of improper conduct. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.